# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
## Alexandria Division

| | |
|---|---|
| BOARD OF TRUSTEES, NATIONAL STABILIZATION AGREEMENT OF SHEET METAL INDUSTRY TRUST FUND, et al., <br><br> Plaintiffs, <br><br> -v- <br><br> TNT SHEETMETAL, INC., <br><br> Defendant. | Civil Action No. 1:14-CV-00281 |

## ORDER GRANTING MOTION FOR ENTRY OF DEFAULT JUDGMENT

Before the Court is Plaintiffs' Motion for Default Judgment pursuant to Fed. R. Civ. P. 55(b)(2) (Dkt. No. 9). Pursuant to 28 U.S.C. § 636(b)(1)(c) the Magistrate Judge issued a Proposed Findings of Fact and Recommendations on July 1, 2014 (Dkt. No. 13). Upon the Plaintiff's motion for entry of default judgment against Defendant, and it appearing that there is good and sufficient cause to grant the Motion, the Court hereby adopts the Magistrate Judge's recommendation. It is therefore **ORDERED**:

1. The Motion for Default Judgment (Dkt. No. 9) is **GRANTED**.

2. Plaintiff is awarded judgment against the Defendant TNT Sheetmetal Inc. in the amount of $10,434.92 for unpaid contributions, $524.61 in interest, $2,081.41 in liquidated damages, and $174.41 in late fees. Plaintiff is also awarded $4,098.63 in attorneys' fees and costs.

August 18, 2014
Alexandria, Virginia

/s/ 
Liam O'Grady
United States District Judge